UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED MOSTAFA,      )<br>                              )<br>     Plaintiff,         )<br>v.                            )   Civil Action No. 05CV02117 (RJL)<br>                              )<br>MICHAEL CHERTOFF,  )<br>et al.,                          )<br>                              )<br>     Defendants        )<br>                              ) | |

DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Defendants, by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to answer or otherwise respond to Plaintiff's Complaint. Defendants requests that the deadline for responding to Plaintiff's Complaint be extended 60 days, from May 8, 2006, to July 7, 2006. Undersigned counsel attempted to contact Plaintiff's counsel requesting his position on the instant motion, but was unable to reach him by telephone. Undersigned counsel attempted to leave a telephone message for Plaintiff's counsel but Plaintiff's counsel's voice mail box was full, as was the general voice mail box for Plaintiff's law firm. The grounds for this request are set forth below.

Plaintiff seeks a writ of mandamus compelling Defendants to act upon his Adjustment of Status Application ("Application"). See generally Complaint. After review of the Complaint with agency counsel, Defendants believe that completion of the adjudication of Plaintiff's Application without Court intervention is likely. On May 8, 2006, Defendants issued Plaintiff a letter advising him that a completion interview for his Application had been scheduled for May 26, 2006, at 1:30 p.m. Exhibit 1. Therefore, Defendant has begun the process of acting on Plaintiff's Application – the very action Plaintiff has requested in filing his Complaint. Plaintiff is required to bring with him certain information to the interview. Id. Defendants will need sufficient time after Plaintiff has presented for his interview and submitted the requested

information to assess any information Plaintiff submits. Therefore, Defendants are requesting an additional period of time following the interview to July 7, 2006, to ensure that the Application has been fully adjudicated.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendants additional time to interview and receive evidence from Plaintiff and subsequently assess that evidence will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendants respectfully requests that the time for answering or otherwise responding to the Complaint be extended to and including July 7, 2006.

Dated: May 8, 2006.

> Respectfully submitted,
>
> /s/
> KENNETH L. WAINSTEIN, D.C. BAR # 451058
> United States Attorney
>
>
> /s/
> RUDOLPH CONTRERAS D.C. BAR # 434122
> Assistant United States Attorney
>
>
> /s/
> HEATHER R. PHILLIPS, CA BAR # 191620
> Assistant United States Attorney
> Judiciary Center Building
> 555 4th Street, N.W. - Civil Division
> Washington, D.C. 20530
> (202) 514-7139

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED MOSTAFA,                )<br>                                                 )<br>            Plaintiff,             )<br>    v.                                         )<br>                                                 )<br>MICHAEL CHERTOFF,       )<br>et al.,                                      )<br>                                                 )<br>            Defendants          )<br>_____) | Civil Action No. 05CV02117 (RJL) |

## ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint,

it is this ___ day of _____, 2006 hereby:

ORDERED that the Defendants' Motion is GRANTED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE