

**U.S. Department of Homeland Security**

**United States Citizenship and Immigration Services**

May 8, 2006

Ahmed Mostafa
6925 4th Avenue, Apt. C-4
Brooklyn, NY 11209
Alien Number: 073 587 804

Dear Mr. Mostafa:

Please attend the completion of your adjustment of status interview at 26 Federal Plaza on May 26, 2006. Since your last interview occurred more than two years ago, updated testimony and information is necessary. Please bring the following items to your interview:

- All passports in your possession
- An employment affidavit ("job letter") from your current employer
- Internal Revenue Service Form 1722 for 2002, 2003, and 2004
- Photocopy of your 2005 U.S. Individual Income Tax Return (Form 1040)
- Photocopy of your 2005 Form(s) W-2
- Original documents for the above two items

Keep in mind that it might take a few weeks to obtain the Internal Revenue Service Form. You should contact that service as soon as possible. You needn't bring your spouse and child to your interview. The Service is aware of your spouse's May 8, 2006 adjustment interview. Also, you needn't supply an updated medical examination; the form in the file is still valid.

The Service looks forward to seeing you on May 26, 2006.

Sincerely,

Mary Ann Gantner
District Director
New York District
First-Class Mail
CTM

cc: A. Nubani, via fax



**U.S. Department of Homeland Security**
United States Citizenship
and Immigration Services
26 Federal Plaza
New York, NY 10278
Section 245

Petitioner: (N/A)  
Beneficiary: Ahmed Mostafa

File No.: 073 587 804  
Date: May 8, 2006

**Address: 6925 4th Avenue, Apt. C-4, Brooklyn, NY 11209**

## USE WORTH ST. ENTRANCE

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | 26 Federal Plaza | ROOM NO. 8-800 | FLOOR NO. 8 |
|---|---|---|---|
| DATE AND HOUR | May 26, 2006 @ 1:30 p.m. | | |
| ASK FOR | DAO Chris Munster | | |
| REASON FOR APPOINTMENT | Completion of your Adjustment of Status interview | | |
| BRING WITH YOU | This letter; all passports; all Empl. Auth. cards; see attached. | | |

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.**
If you are unable to do so, state your reason, sign below and return this letter to this office at once.

Sincerely,

*Mary Ann Gantner* (signature)

Mary Ann Gantner  
District Director, USCIS  
New York City District Office

cc: A. Nubani

(E3-6/ Appt.)

| I am unable to keep this appointment because: | |
|---|---|
| Signature | Date |

Form G-56  
(Rev. 5-3-00)