UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED MOSTAFA, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Case No: 05-2117 (RJL) |
| ) | ECF |
| MICHAEL CHERTOFF, Secretary ) | |
| U.S. Dept. Of Homeland Security ) | |
| Washington, D.C. 20528 ) | |
| ) | |
| et. al, ) | |
| Respondents. ) | |

## PRAECIPE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette, as counsel of record for the above named Respondent.

Respectfully submitted,

　/S/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Praecipe was filed via the Court's electronic filing system on this June 27, 2006 and is expected to be served by the Court's electronic transmission facilities on:

Aswhraf Nubani
Nubani Law Firm
5029 A Backlick Rd
Annandale, Va 22003
703 658 5151
703 658 9200 (fax)

　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　ANDREA McBARNETTE, D.C. Bar #483789
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　555 Fourth Street, N.W.,
　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　(202) 514-7153