UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED MOSTAFA, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Case No: 05-2117 (RJL) |
| ) | |
| MICHAEL CHERTOFF, Secretary ) | |
| U.S. Dept. Of Homeland Security ) | |
| Washington, D.C.  20528 ) | |
| ) | |
| et. al, ) | |
| Respondents. ) | |

MOTION TO DISMISS FOR MOOTNESS

Michael Chertoff, Secretary of the Department of Homeland Security, by and through his undersigned counsel, respectfully requests that the Court dismiss Petitioner's Complaint in Nature of Writ of Mandamus ("Complaint") on the grounds of mootness. Petitioner challenges the alleged inaction of the Department of Homeland Security United States Citizenship and Immigration Service ("USCIS") in not processing his Adjustment of Status Application ("Application"). Complaint p. 1. Petitioner filed the Application on August 7, 1997, with the Immigration and Naturalization Service; now the USCIS. Complaint p. 3. Petitioner sought only to compel Respondents to act upon the Application, and was specifically "not challenging the granting or denial of his [application]." Complaint p. 2-3. Petitioner's complaint should be dismissed because USCIS has already processed and denied Petitioner's Application.

USCIS denied Petitioner's Application in its June 23, 2006 Decision. Exhibit A (Attached). Because Petitioner seeks to compel Respondents to make a decision that has already been acted upon and completed, the present action is now moot.

Respondents requests that the Court dismiss Petitioner's Complaint for mootness.

Dated: June 27, 2006               Respectfully submitted,


                              _____/s/_____
                              KENNETH L. WAINSTEIN, D.C. BAR # 451058
                              United States Attorney

                              _____/s/_____
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney.

                              _____/s/_____
                              ANDREA McBARNETTE, D.C. Bar  # 483789
                              Assistant United States Attorney
                              Judiciary Center Building
                              555 Fourth Street, N.W.
                              Washington, D.C. 20530
                              (202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Dismiss for Mootness was filed via the Court's electronic filing system on this June 27, 2006 and is expected to be served by the Court's electronic transmission facilities on:

Aswhraf Nubani
Nubani Law Firm
5029 A Backlick Rd
Annandale, Va 22003
703 658 5151
703 658 9200 (fax)

/S/
ANDREA McBARNETTE, D.C. Bar  #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153