UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ahmed Mostafa                            )
                                         )
    Petitioner,                          )
                                         )
        v.                               )   Civil Case No. 05cv2117 (RJL)
                                         )
Michael Chertoff, Secretary              )
Department of Homeland Security, et al.  )
                                         )
    Respondents.                         )

## ORDER

August 22, 2006 [# 6]

On October 28, 2005, Petitioner filed a Petition for Writ of Mandamus with this Court. Petitioner requested that this Court "assume jurisdiction of this case" and "compel Respondents and those acting under them to perform their duty to act upon" his Adjustment of Status Application that he had previously filed with the Department of Homeland Security United States Citizenship and Immigration Service. (Pet.'s Compl. in Nature of Writ of Mandamus at 15.) Petitioner specifically indicated that he was "not challenging the granting or denial of his [Application]," but sought only to compel Respondents to act upon it. (*Id.* at 2-3.) Petitioner's Application has since been processed and completed. As such, Petitioner has secured the relief he sought, and his Complaint is now moot.



Accordingly, it is this 22nd day of August, 2006, hereby

**ORDERED** that defendants' Motion to Dismiss for Mootness [#6] is **GRANTED**.

**SO ORDERED.**

                                                                          *[signature]*
                                                                          **RICHARD J. LEON**
                                                                          **United States District Judge**